MARC V. KALAGIAN
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX: 562/432-2935
Email: marckalagian_rohlfinglaw@hotmail.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO I. COTA,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:08-cv-00842 SMS<br><br>STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d); ORDER |

IT IS HEREBY STIPULATED by and between Plaintiff ROSARIO I. COTA ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of Social Security ("Defendant"), collectively as the "parties," through their undersigned attorneys, subject to the approval of the Court, MARC V. KALAGIAN, as Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses under the EAJA in the amount of THREE THOUSAND TWO HUNDRED DOLLARS ($3,200.00). This amount represents compensation for all

legal services rendered by MARC V. KALAGIAN on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Nor do Plaintiff, MARC V. KALAGIAN, or Defendant resolve, settle, or compromise the question of whether MARC V. KALAGIAN may be, is, or should be the direct payee of an award of fees, costs, and expenses under the EAJA in the absence of an express or implied assignment of such an award or whether any such award is free from or subject to debts of Plaintiff, if any, under the Debt Recovery Act.

Payment of THREE THOUSAND TWO HUNDRED DOLLARS ($3,200.00) in EAJA attorney fees, costs, and expenses to MARC V. KALAGIAN shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

///
///
///
///
///
///
///
///
///

1
2
3     This award is without prejudice to the rights of Plaintiff's counsel to seek
4     Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions
      of the EAJA.
5
      DATE: 4/6/10 Respectfully submitted,
6
                                        Rohlfing & Kalagian
7
8                              BY:  /s/ Marc V. Kalagian
                                    Marc V. Kalagian
9                                   Attorney for plaintiff
                                    Rosario I. Cota
10
11
            DATE: 4/6/10 BENJAMIN B. WAGNER
12                       United States Attorney
                         LUCILLE GONZALES MEIS
13                       Chief, Civil Division

14
                               BY:  /s/-Brenda Pullin*
15                                  Brenda Pullin
                                    Special Assistant United States Attorney
16                              Attorneys for defendant Michael J. Astrue
                                Commissioner of Social Security
17          [*By email authorization on April 2, 2010]
18
19
20                              IT IS ORDERED
21
22
23      Dated:   April 12, 2010         /s/ Sandra M. Snyder
24                      UNITED STATES MAGISTRATE JUDGE